JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
SYMERY SAYKGANYA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  |
                          |
        Plaintiff,         |   Case No. 12 CR 342 AWI/BAM
vs.                        |
                          |   STIPULATION AND PROPOSED
SYMERY SAYKGANYA,          |   ORDER TO CONTINUE
                          |
        Defendant.         |
_____|

   Defendant SYMERY SAYKGANYA by and through his attorney James R. Homola, and the united States of America, by and through its attorney, Karen Escobar, Assistant U.S. Attorney, hereby stipulate to the following joint request:

That the sentencing hearing scheduled for June 16, 2014 be continued to July 7, 2014 at 10:00 am. Any delay in sentencing is waived per the Speedy Trial Act.

DATED: May 21, 2014

   /s/ James R. Homola              /S/ Karen Escobar
   JAMES R. HOMOLA                  KAREN ESCOBAR
   Attorney for Defendant           Assistant U.S. Attorney
   SYMERY SAYKGANYA

**ORDER**

Based upon the stipulation of the parties, it is so ordered.  Sentencing will be set for July 7, 2014, at 10:00 am.

IT IS SO ORDERED.

Dated:   May 22, 2014                    _____
                                         SENIOR  DISTRICT  JUDGE